IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-03290-CNS-MDB | Date: October 2, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| PALMER NORTH AMERICA LLC | Mark Goodman |
|  | Michael O'Donnell |
| **Plaintiff** | |
| v. | |
| WANZEK CONSTRUCTION INC | Bret Gunnell |
| MASTEC INC | Michael Subak |
| **Defendants** | |
| EVRAZ NORTH AMERICA PLC | |
| **Third-party Defendant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:01 p.m.

Appearance of counsel.

Argument as to [77] Defendant Wanzek Construction Inc.'s Partial Motion to Dismiss Counts IV and V of Plaintiff's Second Amended Complaint by Mr. Subak and Mr. Goodman with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:**   **[77] Defendant Wanzek Construction Inc.'s Partial Motion to Dismiss Counts IV and V of Plaintiff's Second Amended Complaint is GRANTED in part and DENIED in part.**

**ORDERED: Claim four is dismissed, with leave to amend within ten days.**

Court in Recess:  1:47 p.m.　　　　Hearing concluded.　　　　Total time in Court:  00:46